**Opinion filed February 24, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00284-CR

_____

## KENNETH EUGENE WALKER, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 32nd District Court**
**Nolan County, Texas**
**Trial Court Cause No. 13286**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal, which relates to the amount of the appeal bond. Appellant asserts in his motion that the trial court has now signed an order reducing the amount of Appellant's appeal bond. Appellant therefore requests that we dismiss this appeal. The motion to dismiss is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motion is granted, and the appeal is dismissed.


February 24, 2022                                              PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.